IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**HENRY LEE POPE,**

    **Petitioner,**

**v.**                                                    Case No. 1:23-cv-235-AW-MJF

**GAINESVILLE POLICE
DEPARTMENT and PUBLIC
DEFENDER OFFICE,**

    **Respondents.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

After Petitioner failed to comply with court orders, the magistrate judge recommended dismissal. ECF No. 9. There has been no objection to the report and recommendation. Having considered the matter, I now adopt the report and recommendation and incorporate it into this order.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order." The clerk will then close the file.

SO ORDERED on January 2, 2024.

                                                          s/ *Allen Winsor*
                                                          United States District Judge